IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYLENA ROGERS, | CASE NO. 1:09-cv-01972-JLT |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF |
| v. | (Doc. 13) |
| MICHAEL J. ASTRUE, Commissioner of Social Security | |
| Defendant. | |

Pursuant to the stipulation of the parties (Doc. 13), IT IS HEREBY ORDERED that Plaintiff's request for an extension of time up to and including July 1, 2010, to file an opening brief IS GRANTED.

Counsel are reminded that requests for modification of the briefing schedule will not be granted routinely. According to the Scheduling Order, with the exception of a single, 30-day extension related to any portion of the Order, requests to modify must be made by written motion and will be granted only upon a showing of good cause shown.

IT IS SO ORDERED.

Dated:  **June 2, 2010**                              /s/ Jennifer L. Thurston
                                                      UNITED STATES MAGISTRATE JUDGE

1